**No. 09-7450. Terrell Devon Stewart, Petitioner v. United States.**

559 U.S. 942, 130 S. Ct. 1506, 176 L. Ed. 2d 119, 2010 U.S. LEXIS 1347.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 330 Fed. Appx. 30.

**No. 09-7486. Michael Adam Sigala, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 942, 130 S. Ct. 1506, 176 L. Ed. 2d 119, 2010 U.S. LEXIS 1124.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 338 Fed. Appx. 388.

**No. 09-7547. Fayad Yahya Ahmed, Petitioner v. Robert M. Gates, Secretary of Defense.**

559 U.S. 942, 130 S. Ct. 1506, 176 L. Ed. 2d 119, 2010 U.S. LEXIS 1168.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 09-7564. Antoine Chaus Eggleston, Petitioner v. United States.**

559 U.S. 942, 130 S. Ct. 1507, 176 L. Ed. 2d 119, 2010 U.S. LEXIS 1379.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-7780. Richard Daron Kennedy, Petitioner v. John R. Lockett, et al.**

559 U.S. 942, 130 S. Ct. 1507, 176 L. Ed. 2d 119, 2010 U.S. LEXIS 1301,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-7789. Owen James Yarborough, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 942, 130 S. Ct. 1508, 176 L. Ed. 2d 119, 2010 U.S. LEXIS 1317.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-7791. Kess Tani, Petitioner v. Brian Cedar, et al.**

559 U.S. 942, 130 S. Ct. 1508, 176 L. Ed. 2d 119, 2010 U.S. LEXIS 1222.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 344 Fed. Appx. 846.

**No. 09-7794. Lonnie Ramey, Petitioner v. Florida.**

559 U.S. 942, 130 S. Ct. 1508, 176 L. Ed. 2d 119, 2010 U.S. LEXIS 1285.

February 22, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 21 So. 3d 80.

**No. 09-7795. Terry Self, Petitioner v. Devon Energy Production Company, LP.**

559 U.S. 942, 130 S. Ct. 1508, 176 L. Ed. 2d 119, 2010 U.S. LEXIS 1382,

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Second District, denied.